IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-CV-23563-KING

ALEXANDER SANTOS,

    Plaintiff,

vs.

CCT CORPORATION,
CAROLINA LOYALOA, and
CHRISTIAN OLLINO,

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION FOR LIQUIDATED DAMAGES

THIS CAUSE comes before the Court upon Plaintiff's Motion for Imposition of Liquidated Damages (DE #61) under the Fair Labor Standards Act (FLSA). This matter proceeded to a jury trial on August 17, 2009. At the close of Plaintiff's case, the Court granted Defendants' Rule 50 motion for judgment as a matter of law. However, pursuant to a pretrial agreement, the Court ordered Defendants to pay Plaintiff $340.46 in overtime pay.

In the instant motion, Plaintiff now argues that liquidated damages, equal to the amount of actual damages, should be imposed because Defendants did not act in good faith in determining whether it had to comply with FLSA obligations. *See, e.g., Rodriguez v. Farm Stores Grocery, Inc.*, 518 F.3d 1259, 1272 (11th Cir. 2008). The Court disagrees. The evidence adduced at trial demonstrates that Defendants took affirmative steps to verify their FLSA obligations, and acted in good faith when they originally refused to pay Plaintiff overtime wages. Defendants had a subjective and objectively reasonable belief that Plaintiff was an independent

contractor and therefore exempt from FLSA.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Plaintiff's Motion for Imposition of Liquidated Damages (DE #61) be, and the same is hereby, **DENIED.**

2. All pending motions are **DENIED as MOOT.**

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 21st day of August, 2009.

    _____
    JAMES LAWRENCE KING
    UNITED STATES DISTRICT JUDGE

**Cc:**
**Clerk of Court**

**Counsel for Plaintiff**
Jamie H. Zidell
300 71st Street
Suite 605
Miami Beach , FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Isaac Jackie Mamane
J. H. Zidell
300 71st Street
Suite 605
Miami Beach , FL 33141
Email: Mamane@gmail.com

K. David Kelly
J.H. Zidell, P.A.
300 71st. Street
Suite 605
Miami Beach , FL 33141
305-865-6766
Fax: 305-865-7167
Email: krl_kelly@yahoo.com
ATTORNEY TO BE NOTICED

**Counsel for Defendant**
Neil Benedict Mooney
The Mooney Law Firm, LLC
1911 Capital Circle NE
Tallahassee , FL 32308
850-893-0670
Fax: 850-391-4228
Email: nmooney@customscourt.com
TERMINATED: 06/10/2009
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Randy Alan Fleischer
Randy A. Fleischer Law Offices
8258 State Road 84
Davie , FL 33324
954-472-8401
Fax: 472-8446
Email: randy@igc.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED